**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Charlette D. Lachney, Martha Berthelot *et al*. and Ethel L. Robinson, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIV-06-1389-HE |
| Target Corporation, | ) ) ) | (Consolidated Cases) |
| Defendant. | ) ) | |
| _____ | ) | |
| Michael M. Maiahy, | ) ) | |
| Plaintiff, | ) ) | CIV-03-1685-HE |
| v. | ) ) ) | (Consolidated for Discovery) |
| Target Corporation, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |
| Jamal K. Merchant, | ) ) | |
| Plaintiff, | ) ) ) | CIV-04-1659-HE |
| v. | ) ) ) | (Consolidated for Discovery) |
| Target Corporation, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |
| Tet V. Fields, | ) ) | |
| Plaintiff, | ) ) ) | CIV-05-0021-HE |
| v. | ) ) ) | (Consolidated for Discovery) |
| Target Corporation, | ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| Cindy Sioux,                )<br>            )<br>      Plaintiff,      )<br>            )<br> v.         )<br>            )<br>Target Corporation,    )<br>            )<br>      Defendant.      )<br>_____) | CIV-05-0300-HE<br>(Consolidated for Discovery) |
| Linda Bizzell,              )<br>            )<br>      Plaintiff,      )<br>            )<br> v.         )<br>            )<br>Target Corporation,    )<br>            )<br>      Defendant.      )<br>_____) | CIV-05-0829-HE<br>(Consolidated for Discovery) |

### DEFENDANT'S DESIGNATION OF EXPERT WITNESS

Defendant Target Corporation ("Target") hereby designates the following expert witness in all of the above-captioned cases:

1.  Mary Dunn Baker, Ph.D., ERS Group, 4901 Tower Court, Tallahassee, Florida 32303, (850) 562-1211. Dr. Baker will testify in accordance with her July 2008 reports (and December 2004 report, previously produced, where applicable) and will provide information relating to statistical analyses of employment terminations relating to plaintiffs' claims of age discrimination, as well as rebuttal to the expert reports filed by plaintiffs. Copies of her 2008 expert reports, curriculum vitae and previous trial/case experience have been provided to counsel for plaintiffs on this date. Since discovery is not completed, Dr. Baker reserves the right to supplement her reports based on

information acquired after her reports.

                              Respectfully submitted,

                              *s/ David T. Wiley*
                              Thomas A. Davis
                              davist@jacksonlewis.com
                              David T. Wiley
                              wileyd@jacksonlewis.com
                              Shannon L. Miller
                              millers@jacksonlewis.com

                              **JACKSON LEWIS LLP**
                              First Commercial Bank Building
                              800 Shades Creek Parkway, Ste. 870
                              Birmingham, Alabama 35209
                              Ph:    (205) 332-3101/3102/3104
                              Fax:   (205) 332-3131

                              **Attorneys for Defendant Target Corporation**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of July, 2008, a true and correct copy of the foregoing has been electronically served via the CM/ECF upon the following counsel of record:

>Jim T. Priest, Esq.
>Timothy D. Eisel, Esq.
>Whitten Burrage Priest Fulmer Anderson & Eisel
>One Leadership Square, Ste. 1350
>Oklahoma City, OK 73102
>jpriest@whittenburragelaw.com
>teisel@whittenburragelaw.com
>
>Jana B. Leonard, Esq.
>LEONARD & ASSOCIATES, P.L.L.C.
>8265 S. Walker
>Oklahoma City, OK  73139
>leonardjb@leonardlaw.net

>*s/David T. Wiley*
>Counsel of Record